# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DAPHNE VEAL

VERSUS

JOSEPH A. CAMPO AND XYZ
INSURANCE COMPANY

NO.  2026 CW 0493

**JULY 2, 2026**

---

In Re:  Daphne Veal, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 202110545.

---

**BEFORE:  McCLENDON, C.J., MILLER AND STROMBERG, JJ.**

**WRIT DENIED.** The criteria set forth in **Herlitz Const. Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

PMc
TPS

**Miller, J.**, would refer the writ to the panel to which the yet-to-be lodged appeal of the April 1, 2026 judgment is assigned.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT